BEFORE THE SECOND DIVISION, JUNE 15, 1966

**No. P66/99.**—Mitsui & Co., Ltd. v. United States, protest 62/18763 (Portland, Oreg.).

**No. P66/100.**—Victor B. Handal & Bro., Inc. v. United States, protests 63/8203, 63/23052, and 63/23053 (Los Angeles).

**No. P66/101.**—International Expediters, Inc., et al. v. United States, protests 65/4696–14496, etc. (Chicago).

**No. P66/102.**—Karl Schroff & Associates, Inc. v. United States, protest 65/8687–14911 (Chicago) .

Ford, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of earphones similar in all material respects to those the subject of *Motorola, Inc., and International Expediters, Inc.* v. *United States* (54 Cust. Ct. 303, Abstract 69019), the claim of the plaintiffs was sustained.